**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**GREEN RIVERSIDE INC.**                                                    **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 5:19-cv-29(DCB)(MTP)**

**BLACK JACK OIL COMPANY, INC.,
AND KEVIN L. WILSON**                                                **DEFENDANTS**

<u>**ORDER**</u>

This case originated in the United States District Court for the Northern District of Texas, Dallas Division. While in Texas, Defendants Black Jack Oil Company, Inc. and Kevin L. Wilson filed motions to dismiss for lack of jurisdiction **(docket entries 12 and 13)**. On April 11, 2019, the District Court for the Northern District of Texas found that it lacked personal jurisdiction over Defendants Black Jack Oil Company, Inc., and Kevin L. Wilson.

In the interest of justice, however, rather than dismiss the action against Black Jack Oil Company Inc. and Kevin L. Wilson, the Northern District of Texas transferred this action to this Court. Therefore, this Court finds Defendants Black Jack Oil Company Inc. and Kevin L. Wilson's Motions to Dismiss for Lack of Jurisdiction **(docket entries 12 and 13)** are DENIED AS MOOT.

SO ORDERED, this the 19th day of September, 2019

/s/ David Bramlette_____

UNITED STATES DISTRCT JUDGE